THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THUYHONG NGUYEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana corporation,<br><br>Defendant. | NO. 2:17-cv-01341-RSL<br><br>JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>NOTE ON MOTION CALENDAR: October 23, 2017. |

The parties to this action, Plaintiff Thuy Nguyen and Defendant Centurylink, Inc. jointly and respectfully request that this Court modify its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 9. Good cause exists for relief from the deadline for initial disclosures and the combined joint status report and discovery plan. The parties request that the Court enter an order requiring initial disclosures to be exchanged pursuant to FRCP 26(a)(1) on November 16, 2017 and that the parties file the joint status report and discovery plan on November 16, 2017.

The parties request that the Court extend the two deadlines as the extension will ensure that the parties are able to incorporate Defendant's answer and affirmative defenses into the initial disclosures and joint status report and discovery plan. The Defendant in this case waived service of the summons and complaint and instead, accepted service pursuant to FRCP 4.

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR
INITIAL DISCLOSURES AND JOINT STATUS REPORT AND
DISCOVERY PLAN - 1

Case No. 2:17-cv-01341-RSL


REED LONGYEAR

801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271

*Waiver of Service, Dkt. #11.* Accordingly, Defendant's answer is not due until sixty days have elapsed after the waiver was sent, or here, November 7, 2017. FRCP 4(d)(3). Both the Plaintiff's claims as well as affirmative defenses raised by the Defendant should be considered in formulating a complete final joint status report and discovery plan. An extension would enable the parties to formulate a complete joint status report and discovery plan.

For the reasons stated above, the parties stipulate and jointly move the Court to extend the deadline for initial disclosures to be exchanged pursuant to FRCP 26(a)(1) on November 16, 2017 and that the parties file the joint status report and discovery plan on November 16, 2017.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

REED LONGYEAR MALNATI & AHRENS, PLLC

| | |
|---|---|
| s/Elizabeth A. Hanley | October 23, 2017 |
| Elizabeth A. Hanley, WSBA # 38233 | Dated |

Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271, Fax (206) 624-6672
Email: ehanley@reedlongyearlaw.com
Attorney for Plaintiff

KIOVSKY DUWALDT, LLC

| | |
|---|---|
| s/Elizabeth I. Kiovsky | October 23, 2017 |
| Elizabeth I. Kiovsky | Dated |

Kiovsky Duwaldt, LLC
2820 Welton St.
Denver, CO 80205
Tel. (303) 320-8301
Fax (866) 804-9379
Email: beth@kdemploymentlaw.com
Attorneys for Defendant

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN - 2

Case No. 2:17-cv-01341-RSL

REED LONGYEAR
801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271

LAW OFFICES OF THOMAS J. OWENS

*s/Thomas J. Owens*  
Thomas J. Owens  
Law Offices of Thomas J. Owens  
1001 Fourth Avenue, Suite 4400  
Seattle, WA 98154  
Tel. (206) 250-0413  
Fax (206) 389-1708  
Attorney for Defendant

*October 23, 2017*  
Dated

IT IS SO ORDERED.

DATED: Oct. 24, 2017



The Honorable Robert S. Lasnik  
United States District Court  
Western District of Washington

---

JOINT STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN - 3

Case No. 2:17-cv-01341-RSL

REED LONGYEAR

801 Second Avenue, Suite 1415  
Seattle, Washington 98104-1517  
(206) 624-6271