UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THUYHONG NGUYEN,<br><br>                Plaintiff,<br><br>    v.<br><br>CENTURYLINK, INC.,<br><br>                Defendant. | Case No. C17-1341RSL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO AMEND COMPLAINT |

      This matter comes before the Court on "Plaintiff's Motion to Amend the Complaint and Join Qwest Corporation as a Party." Dkt. # 22. The parties agree that Qwest Corporation is a proper and necessary party to this litigation. The motion to amend is therefore GRANTED. Plaintiff shall, within fourteen days of the date of this Order, file an amended complaint is substantially the same form as Exhibit J to the Declaration of Elizabeth Hanley, Dkt. # 27-1.

      Dated this 19th day of June, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND COMPLAINT